UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____CALIFORNIA_____

DEJIAH B. DAVIS, by and through her
guardian ad litem, RENEE WEBSTER,
Plaintiff

V.

JO ANNE B. BARNHART,
Commissioner of Social Security,
Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

CASE NUMBER: 1:06-at-00242

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    X   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:   June 2, 2006**　　　　　　　　　　/s/ Lawrence J. O'Neill
66h44d　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE