# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJIAH B. DAVIS, by and through her guardian ad litem, RENEE WEBSTER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO.  1:06-cv-00685 OWW TAG<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

　　　　Plaintiff Dejiah B. Davis, by and through her guardian ad litem, Renee Webster ("claimant" or "plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying a claim for supplemental security income under the Social Security Act ("Act").  The complaint was filed on June 8, 2006.  (Doc. 9).  Pursuant to a Scheduling Order issued in this case, claimant was required to serve her complaint upon the Commissioner within 20 days thereafter, specifically, by June 28, 2006.  (See Doc. 7 at ¶ 1).  To date, however, claimant has not complied with the Scheduling Order in this respect.

　　　　Therefore, claimant shall be ordered to show cause why this action should not be dismissed for failure to prosecute.

　　　　Accordingly, the Court HEREBY ORDERS that, within twenty (20) days of the date of

///

///

1

1  service of this Order, claimant shall show cause, in writing, why this action should not be dismissed
2  for failure to prosecute.
3
4  IT IS SO ORDERED.
5  Dated:   **July 17, 2006**                                                          **/s/ Theresa A. Goldner**
   **j6eb3d**                                                                         UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28