1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DEJIAH B. DAVIS, by and through her
guardian ad litem, RENEE WEBSTER,

                 Plaintiff,

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

              Defendant.
_____/

CASE NO.  1:06-cv-00685 OWW TAG

ORDER DISCHARGING ORDER TO
SHOW CAUSE   (Doc. 10)

     The Court having received "Plaintiff's Response to Order to Show Cause" (Doc. 13) as well
as Plaintiff's Proof of Service of Summons and Complaint (Doc. 11), and good cause appearing, it is
hereby

     ORDERED that the Court's Order to Show Cause Why Action Should Not Be Dismissed,
For Failure to Prosecute (Doc. 10) is hereby DISCHARGED.

IT IS SO ORDERED.

Dated:  **July 28, 2006**
**j6eb3d**

                      **/s/ Theresa A. Goldner**
               UNITED STATES MAGISTRATE JUDGE