BRIAN C. SHAPIRO
ATTORNEY AT LAW: 192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  rohlfing_office@msn.com

Attorney for DEJIAH B. DAVIS, by and
through her guardian ad litem, RENEE WEBSTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEJIAH B. DAVIS, by and through her guardian ad litem, RENEE WEBSTER,<br><br>Plaintiff,<br>vs.<br>JO ANNE B. BARNHART, Commissioner of Social Security,<br>Defendant. | Case No.: 1:06 CV 00685 OWW TAG<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the stipulation of the parties, IT IS ORDERED that the above-captioned proceeding is dismissed without prejudice, each party to bear his/her own costs and expenses, including but not limited to attorney fees.

IT IS SO ORDERED.

**Dated:   December 2, 2006**   /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE